UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
MARK P. DONALDSON,

        Plaintiff,

                                      Case Number 03-10141-BC
v.                                     Honorable David M. Lawson

CONSERVATION RESOURCE ALLIANCE,
CORNERSTONE ALLIANCE, HURON
COUNTY MSU EXTENSION, ALPENA
COMMUNITY COLLEGE, MICHIGAN APPLE
PACKERS COOPERATIVE, MICHIGAN FARM
BUREAU, MICHIGAN FARMERS UNION
FOUNDATION, NORTHERN INITIATIVES CORP.,
MICHIGAN STATE UNIVERSITY EXTENSION
TARGET ALPENA 2000, NORTHERN
INNOVATIVE COMMUNITIES, SPARTA TOWNSHIP,
RESEARCH, EDUCATION & DEVELOPMENT FOR
COOPERATIVES, DONALD L. HARE, THUMB
OILSEED PRODUCERS COOPERATIVE, MAE O.
LOCKE, and MONTMORENCY COUNTY MSU
EXTENSION,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

       Before the Court is the plaintiff's motion seeking reconsideration of the Court's order

adopting the magistrate judge's report and recommendation and dismissing the case with prejudice.

Motions for reconsideration may be granted pursuant to E.D. Mich. LR 7.1(g) when the moving

party shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting

the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3). A "palpable

defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of*

*Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted).

The plaintiff here has not demonstrated any mistake of fact or law that amounts to a "palpable defect." Rather, the plaintiff re-asserts the arguments presented the first time around. The Local Rules provide, however, that any "motions for rehearing or reconsideration which merely present the same issues ruled upon by the Court, either expressly or by reasonable implication, shall not be granted." E.D. Mich. LR 7.1(g)(3). The Court will deny the motion for reconsideration.

Accordingly, it is **ORDERED** that the plaintiff's motion for reconsideration of the order of March 14, 2006 [dkt # 76] is **DENIED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  March 31, 2006

<div style="border:1px solid">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 31, 2006.

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>

-2-